## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **PERCY SHAW,** | * **CIVIL ACTION NO. 2:11-cv-00539** |
| | * |
| **Plaintiff,** | * |
| | * |
| **VERSUS** | * **JUDGE FELDMAN** |
| | * |
| **WAL-MART LOUISIANA LLC,** | * |
| | * |
| **Defendant.** | * **MAGISTRATE CHASEZ** |

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

### DEFENDANT'S EXHIBIT LIST

NOW INTO COURT, through undersigned counsel, comes defendant herein Wal-Mart

Louisiana, LLC ("Wal-Mart"), who pursuant to the Court's May 17, 2011 Scheduling Order,

submits the following list of exhibits that may or will be used at the trial of this matter.

1.　Personnel file documents of Percy Shaw;

2.　Wal-Mart policies and work rules relating to Wal-Mart's rules and procedures in effect during plaintiff's employment, including but not limited to:

    A.　Statement of Ethics policy;

    B.　Corporate Beliefs policy;

    C.　Open Door Communications policy;

    D.　Coaching for Improvement policy;

    E.　Customer/Member Incidents policy (SA-02);

    F.　Powered Lifting Equipment Certification policy;

3.　March 2010 deposition transcript of Percy Shaw in the matter of *Marie Gibson v. Wal-Mart*, Office of Workers Compensation No. 09-00676;

4.　Medical records from all medical providers of Percy Shaw;

5.    Copies of any and all job descriptions for positions held by plaintiff;

6.    All documents relating to an April 2010 investigation regarding violation of SA-02 by Percy Shaw;

7.    Copies of any and all non-privileged records relating to plaintiff's claim;

8.    Any and all documents reviewed or relied upon by any expert witness;

9.    Any and all documents produced by plaintiff and/or listed in plaintiff's Initial Disclosures or discovery;

10.   Any and all correspondence between plaintiff and Wal-Mart;

11.   Any and all notes or records separately maintained by any Wal-Mart manager relating to meetings with or discipline of plaintiff;

12.   Copies of plaintiff's income tax returns, earnings history, daily reports and/or attendance reports;

13.   Any non-objectionable documents listed or produced by any party in discovery.

Respectfully submitted,

/s/ Stephen P. Beiser
STEPHEN P. BEISER, T.A.  (#14074)
McGLINCHEY STAFFORD PLLC
601 Poydras Street – 12th Floor
New Orleans, Louisiana 70130
Telephone:  (504) 586-1200
Facsimile:  (504) 324-0965

AND

Kyle A. Ferachi (#27458)
McGLINCHEY STAFFORD PLLC
Fourteenth Floor, One American Place
Baton Rouge, Louisiana 70825
Telephone:  (225) 383-9000
Facsimile:  (225) 343-3076
Attorneys for Defendant,
Wal-Mart Louisiana, LLC

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served upon counsel listed below via the Court's CM/ECF system on this __21st__ day of __November__, 2011.

Charlotte C. McDaniel McGehee
Charlotte C. McDaniel McGehee APLC
6513 Perkins Road
Baton Rouge, Louisiana 70808
ATTORNEY FOR PLAINTIFF


_/s/ Stephen P. Beiser_

3